UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL DEAN STEBBINS,

    Plaintiff,

v.

NEW HOPE YOUTH OPPORTUNITY, LLC,
MARCI CANALIS (FA),
MARY LITTLE (AFA),
SHAWN McDANIEL (PPS),

    Defendants.

Case No:
Judge
Magistrate

| Daniel Dean Stebbins<br>In Pro Per<br>8670 N. Union Road<br>St. Louis, MI 48880<br>616.902.3753 | John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendants<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI  48207-2641<br>313.446.5501 / Fax: 313.259.0450<br>jgillooly@garanlucow.com |
|---|---|

**NOTICE FOR REMOVAL OF CAUSE TO
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>**

TO:    Daniel Dean Stebbins

    1.    On November 21, 2024, Plaintiff filed a Complaint in the Circuit Court for the County of Isabella, State of Michigan, in which NEW HOPE YOUTH OPPORTUNITY, LLC, MARCI CANALIS, MARY LITTLE AND SHAWN McDANIEL are the named Defendants.

    3.    Plaintiff, DANIEL DEAN STEBBINS, is described by Plaintiff as a citizen and resident of the State of Michigan.

4. Plaintiff herein seeks recovery from Defendants, NEW HOPE YOUTH OPPORTUNITY, LLC, MARCI CANALIS, MARY LITTLE AND SHAWN McDANIEL, alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12101, please see page 2 of 2 of Plaintiff's Complaint.

5. This Court has original jurisdiction over Plaintiff's claims inasmuch as those claims arise under the Constitution and laws of the United States, which provide for equal rights, and this action is removable to this Court pursuant to 28 U.S.C. §1331. The entire cause is removable, including claims arising under Michigan law, pursuant to 28 U.S.C. §1441(a).

6. That this Notice for Removal is hereby filed with this Court within thirty (30) days after receipt by Defendants, NEW HOPE YOUTH OPPORTUNITY, LLC, MARCI CANALIS, MARY LITTLE AND SHAWN McDANIEL, of a copy of the Complaint, which sets forth a claim for relief upon which this action is based, as required by 28 U.S.C. § 1446(b), having been received by Defendants, on December 18, 2024.

7. That written notice of the filing of this Notice for Removal, has been given to the adverse party as required by law and a copy of the Notice for Removal has been filed with the Clerk of the Circuit Court for the County of Isabella, State of Michigan.

8. Attached is a copy of the Complaint served upon Defendants, NEW HOPE YOUTH OPPORTUNITY, LLC, MARCI CANALIS, MARY LITTLE AND SHAWN McDANIEL, in this cause.

WHEREFORE, Defendants, NEW HOPE YOUTH OPPORTUNITY, LLC, MARCI CANALIS, MARY LITTLE AND SHAWN McDANIEL, respectfully request that this Honorable Court enter an Order removing this cause from the Circuit Court for the County

of Isabella, State of Michigan to the United States District Court, Western District of Michigan, Southern Division.

        Respectfully submitted:

        GARAN LUCOW MILLER, P.C.

        /s/John J. Gillooly
        JOHN J. GILLOOLY (P41948)
        Attorneys for Defendants
        1155 Brewery Park Blvd., Suite 200
        Detroit, MI  48207
        313.446.5501
        jgillooly@garanlucow.com

Dated:  January 7, 2025
6888549

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL DEAN STEBBINS,

    Plaintiff,

v.

NEW HOPE YOUTH OPPORTUNITY, LLC,
MARCI CANALIS (FA),
MARY LITTLE (AFA),
SHAWN McDANIEL (PPS),

    Defendants.

Case No:
Judge
Magistrate

| Daniel Dean Stebbins<br>In Pro Per<br>8670 N. Union Road<br>St. Louis, MI 48880<br>616.902.3753 | John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendants<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI  48207-2641<br>313.446.5501 / Fax: 313.259.0450<br>jgillooly@garanlucow.com |
|---|---|

## **AFFIDAVIT**

STATE OF MICHIGAN)
                      ) ss.
COUNTY OF WAYNE )

    JOHN J. GILLOOLY, being first duly sworn, deposes and says, that he is associated with the law firm of GARAN LUCOW MILLER, P.C. and that he has been charged with the defense and representation of NEW HOPE YOUTH OPPORTUNITY, LLC, MARCI CANALIS, MARY LITTLE AND SHAWN McDANIEL, Defendants, herein; that in such capacity he has prepared the foregoing Notice for Removal of Cause to the United States District Court, Western District of Michigan, Southern Division, that the matters set forth in said Notice are true except as to those matters stated herein to be

2

upon his information and belief as to which matters he is informed and believes same to be true.

    Further deponent sayeth not.

                                        /s/John J. Gillooly
                                        JOHN J. GILLOOLY (P41948)

Subscribed and sworn to before me
on the 7th day of January, 2025.

/s/Dena Marie Shealy
Dena Marie Shealy, Notary Public
County of Macomb, State of Michigan
My Commission Expires: 02/28/2026
Acting in the County of Wayne

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL DEAN STEBBINS,

    Plaintiff,

v.

NEW HOPE YOUTH OPPORTUNITY, LLC,
MARCI CANALIS (FA),
MARY LITTLE (AFA),
SHAWN McDANIEL (PPS),

    Defendants.

Case No:
Judge
Magistrate

| | |
|---|---|
| Daniel Dean Stebbins<br>In Pro Per<br>8670 N. Union Road<br>St. Louis, MI 48880<br>616.902.3753 | John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendants<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI 48207-2641<br>313.446.5501 / Fax: 313.259.0450<br>jgillooly@garanlucow.com |

## **PROOF OF SERVICE**

STATE OF MICHIGAN)
                       ) ss.
COUNTY OF WAYNE )

    DENA MARIE SHEALY, being first duly sworn, deposes and says that she is employed by GARAN LUCOW MILLER, P.C., and that on the 7th day of January, 2025, she caused to be served a true copy of **NOTICE FOR REMOVAL, AFFIDAVIT and PROOF OF SERVICE** upon the following:

| | |
|---|---|
| Daniel Dean Stebbins<br>In Pro Per<br>8670 N. Union Road<br>St. Louis, MI 48880 | Assignment Clerk<br>ISABELLA COUNTY TRIAL COURT<br>300 N. Main Street<br>Mount Pleasant, MI 48858 |

by enclosing same in a pre-addressed, pre-stamped envelope and depositing same in the United States Mail.

                                                                   /s/Dena Marie Shealy