# EXHIBIT 1

STATE OF MICHIGAN
IN THE ISABELLA COUNTY TRIAL COURT

DANIEL DEAN STEBBINS,

    Plaintiff,

v.

                                                        Case No. 24-20050-CD
                                                        Hon. Eric R. Janes

NEW HOPE YOUTH OPPORTUNITY, LLC,
MARCI CANALIS (FA),
MARY LITTLE (AFA),
SHAWN McDANIEL (PPS),

    Defendants.

| Daniel Dean Stebbins<br>In Pro Per<br>8670 N. Union Road<br>St. Louis, MI 48880<br>616.902.3753 | John J. Gillooly (P41948)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendants<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI 48207-2641<br>313.446.5501 / Fax: 313.259.0450<br>jgillooly@garanlucow.com |
|---|---|

## NOTICE OF FILING OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of the entitled action from the Isabella County Circuit Court, State of Michigan, to the United States District Court for the Western District of Michigan, Southern Division, a copy of which is attached hereto, was duly filed on January 7, 2025, in the United States District Court for the Western District of Michigan.

                                        Respectfully submitted:

                                        GARAN LUCOW MILLER, P.C.

                                        /s/John J. Gillooly
                                        JOHN J. GILLOOLY (P41948)
                                        Attorney for Defendants
                                        1155 Brewery Park Blvd., Suite 200
                                        Detroit, MI 48207
                                        313.446.5501

Dated: January 7, 2025                  jgillooly@garanlucow.com

2

## Proof of Service

The undersigned certifies that a copy of the foregoing instrument was served upon the attorney(s) of record of all parties to the above cause at their respective addresses as disclosed by the pleadings of record herein on January 7, 2025,

by:     ✔ U.S. Mail      ___ MiFILE
            ___ Hand Delivery    ___ Overnight Courier
            ___ Facsimile      ___ Electronic Mail

*I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.*

       /s/Dena Marie Shealy

2