# EXHIBIT 2

| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>21st JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS** | | **CASE NO.**<br>24-20050-CD |

Court address: 300 N MAIN STREET MOUNT PLEASANT, MI 48858

Court telephone no. 9897720911

**Plaintiff's name(s), address(es), and telephone no(s).**
Daniel Dean Stebbins
8670 N Union Rd
St Louis MI 48880
616 902 3753

v

**Defendant's name(s), address(es), and telephone no(s).**
New Hope Youth Opportunity LLC
Marci Canalis (FA)
Mary Little (AFA)
Shawn McDaniel (PPS)
1719 E High St
Mt Pleasant MI 48858
989-755-6212

**Plaintiff's attorney, bar no., address, and telephone no.**
Daniel Dean Stebbins Pro-se
8670 N Union Rd
St Louis MI 48880
6169023753

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

FILED

Summons section completed by court clerk.    **SUMMONS**    NOV 21 2024

COUNTY CLERK
ISABELLA COUNTY
MT PLEASANT

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| NOV 21 2024 | FEB 20 2025 | [signature] |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (8/18) **SUMMONS**    MCR 1.109(D), MCR 2.102(B), MCR 2.104, MCR 2.105

Isabella County Trial Court
300 N. Main Street
Mt. Pleasant, MI 48858

Honorable Eric R. Janes
Isabella Trial Court, P42026

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | COMPLAINT<br>Page 1 of 2 pages | CASE NO.<br>24-20050-CD |

Court address                                                                                   Court telephone no.

**Plaintiff's name(s), address(es), and telephone no(s):**
Daniel Dean Stebbins
8670 N. Union Rd
St. Louis MI 48880

**Plaintiff's attorney, bar no., address, and telephone no.**
(616) 902-3753
Daniel Dean Stebbins
PRO-SE

v

**Defendant's name(s), address(es), and telephone no(s):**
New Hope Youth Opportunity LLC
MARCI Canalis (FA)
Mary Little (AFA)
Shawn McDaniel (PPS)
1719 E. High St
Mt. Pleasant MI 48858
989 755-6212

I was unjustly and illegally terminated at or around August 6th 2024, via a text by facility administrator Marci Canalis. Ms. Canalis claimed that I was a 3 day No call No Show which is completely false. I was in Skywood Rehabilitation Facility. I was never given an opportunity to explain my situation. They terminated me immediately.

I suffer from 2 diseases, both reconized by the American Medical Assn. Ms. Canalis was informed by me. Next, I was never given a reasonable accomidation as required by law.

I asked repedely for a formal termination letter with no responds to my requests.

I sent certified final demand letter in which Ms. Canalis and Ms. Little refused. Mr. McDaniel just did not respond to his formal letter I have text evidence. Human Resources manager Mr. Paul Brown refused to return phone calls and texts. I have text evidence.

11/21/24
Date

Signature

FILED
NOV 21 2024
COUNTY CLERK
ISABELLA COUNTY
MT. PLEASANT, MICH.

MC 01a (6/19) COMPLAINT

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **COMPLAINT**<br>Page 2 of 2 pages | CASE NO. |

Court address | Court telephone no.

**Plaintiff's name(s), address(es), and telephone no(s).**
Daniel Dean Stebbins
2070 N. Union Rd
St. Louis MI 48880

**Plaintiff's attorney, bar no., address, and telephone no.**
(616) 902-3753
Daniel Dean Stebbins
PRO-SE

v

**Defendant's name(s), address(es), and telephone no(s).**
New Hope Youth Opportunity LLC
Marcie Canalis (FA)
Mary Little (AFA)
Shawn McDaniel (PDS)
1719 E. High St.
Mt. Pleasant MI 48858
989-755-6212

I have been employee of the month twice. I was employee of the month the month before I was terminated. I also received the leadership award. So none of this made sense other than possible revenge by someone.

I am suing for lost wages beginning August of 2C at a rate of $3040 per month.

I am also suing for Compensatory Damages. I suffered from Depression, Anxiety and Extreme Stress. I loved my job I am asking for $55,500 in damage

I am also suing for punitive damages, Ms. Cana broke the law and should be held accountable for reckless decision making, she clearly has n reguard for the Law and the American with Disabilities Act. I am also including Ms. Little and Mr. McDaniel for their gross negligance of the law. I hold New Hope Youth Opportuniti responsible for not training their staff accura in Americans with Disabilities Act and the laws pertai

11/21/24
Date

Signature