UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL DEAN STEBBINS,

    Plaintiff,

v.

NEW HOPE YOUTH OPPORTUNITY, LLC,
MARCI CANALIS (FA),
MARY LITTLE (AFA),
SHAWN McDANIEL (PPS),

    Defendants.

Case No: 1:25-cv-00028
Judge Hala Y. Jarbou
Magistrate Phillip J. Green

_____

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before this Honorable Court upon the agreement of the parties and this Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that Defendants NEW HOPE YOUTH OPPORTUNITY, LLC, MARCI CANALIS, MARY LITTLE and SHAWN McDANIEL are dismissed from this matter with prejudice and without costs or fees assessed to either party.

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim in this matter, it is a final Order and disposes of all claims of the Parties.

_____
HON. HALA Y. JARBOU
U.S. DISTRICT COURT JUDGE

Dated:

Approved as to substance and form:

| | |
|---|---|
| /s/Daniel Dean Stebbins (w/consent) | /s/John J. Gillooly |
| Daniel Dean Stebbins | John J. Gillooly (P41948) |
| In Pro Per | GARAN LUCOW MILLER, P.C. |
| 8670 N. Union Road | Attorney for Defendants |
| St. Louis, MI 48880 | 1155 Brewery Park Blvd., Suite 200 |
| 616.902.3753 | Detroit, MI  48207 |
| | 313.446.5501 / Fax: 313.259.0450 |
| | jgillooly@garanlucow.com |

6893791