UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL DEAN STEBBINS,

     Plaintiff,

v.

    Case No: 1:25-cv-00028
    Judge Hala Y. Jarbou
    Magistrate Phillip J. Green

NEW HOPE YOUTH OPPORTUNITY, LLC,
MARCI CANALIS (FA),
MARY LITTLE (AFA),
SHAWN McDANIEL (PPS),

     Defendants.
_____

### STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before this Honorable Court upon the agreement of the

parties and this Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that Defendants NEW HOPE YOUTH OPPORTUNITY,

LLC, MARCI CANALIS, MARY LITTLE and SHAWN McDANIEL are dismissed from this

matter with prejudice and without costs or fees assessed to either party.

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim in this

matter, it is a final Order and disposes of all claims of the Parties.


    /s/ Hala Y. Jarbou
    _____
    HON. HALA Y. JARBOU
    CHIEF U.S. DISTRICT JUDGE

Dated:  January 14, 2025

Approved as to substance and form:


 /s/Daniel Dean Stebbins (w/consent) _          /s/John J. Gillooly_____
Daniel Dean Stebbins                       John J. Gillooly (P41948)
In Pro Per                                 GARAN LUCOW MILLER, P.C.
8670 N. Union Road                         Attorney for Defendants
St. Louis, MI 48880                        1155 Brewery Park Blvd., Suite 200
616.902.3753                               Detroit, MI  48207
                                           313.446.5501 / Fax: 313.259.0450
                                           jgillooly@garanlucow.com



6893791